Mattie S. Licari and Emma J. Hanson, Appellants, v. Sarah I. McMonigle, Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Winant B. Morrell, Respondent, v. Staten Island Midland Railway Company, Appellant.— Judgment of the Municipal Court unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ.

The People of the State of New York ex rel. Everett E. Wheeler, Appellant, Respondent, v. The City of New York and Others, Respondents, Appellants.— Reargument ordered, and case set down for Monday, November 15, 1909. Present — Woodward, Jenks, Rich and Miller, JJ.

Mabelle A. Whitaker and Minnie Cater, Respondents, v. Harriet B. Rice (Formerly Harriet B. MacLeod) and J. Frederick Cryer, as Alleged Executors, etc., of Donald W. MacLeod, Deceased, and Others, Impleaded with Donald MacLeod, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Mabelle A. Whitaker and Minnie Cater, Respondents, v. Harriet B. Rice (Formerly Harriet B. MacLeod) and J. Frederick Cryer, as Alleged Executors, etc., of Donald W. MacLeod, Deceased, and Others, Impleaded with Norman MacLeod, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Cora Woodbury and Benjamin Patterson, as Administrators, etc., of John H. Woodbury, Deceased, Appellants, v. The New York Times Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred.

Frederick W. Wurster and Others, Appellants, v. The City of New York and Others, Respondents.— Reargument ordered and case set down for Monday, November 15, 1909. Present — Woodward, Jenks, Rich and Miller, JJ.

---

## FIRST DEPARTMENT, OCTOBER, 1909.

In the Matter of the Application of JAMES J. WALKER and JOSEPH N. HANNON to Review the Determination of the BOARD OF ELECTIONS OF THE CITY OF NEW YORK on the Objections of JAMES J. WALKER and JOSEPH N. HANNON to the Certificate of Nomination of JOHN J. MANNING for the Office of Member of Assembly in the Fifth Assembly District, New York County.

*Election Law — nomination by petition.*

Appeals from orders.

PER CURIAM : A careful reading of the order shows that it was the intention of the court that in reciting the defects alleged to have been found in the certificate of nomination the court intended to recite the claims made by the contestants